**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER N. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:16-cv-03619 |
| v. | ) | |
| | ) | Honorable Andrea R. Wood |
| ARMOR HEALTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW APPEARANCE**

Alon Stein ("Counsel") moves this Honorable Court for leave to withdraw his Appearances in the above captioned matter. In support of this motion, Counsel states as follows:

1. Counsel filed Appearances in this matter on behalf of Defendant Armor and for Matthis Guttierrez, former employee. Armor, who was supposed to have been paying defense costs has filed for an Assignment for the Benefit of Creditors in Florida.

2. Defendant Armor has directed Counsel to withdraw his Appearances in this cause. Accordingly, as such, irreconcilable differences have arisen between the plaintiff and Counsel regarding how to proceed with this litigation in light of the nature of the controversy and the relief to be sought. Such irreconcilable differences preclude further representation.

3. Pursuant to Local Rule 83.17, a Notification of Party Contact Information is being sent via First Class Mail, along with the Motion to Withdraw Appearance, at the following address: Armor Correctional Health Services, Inc., 4960 SW 72nd Avenue, Suite 400, Miami, Florida 33155. (Attached as Exhibit "A"). Notice to Matthis Guttierrez will be sent by e-mail to mgutti60@gmail.com. Alon Stein expects co-counsel Attorney Zincone to be filing a similar motion soon and/or to join this Motion.

**WHEREFORE**, Alon Stein respectfully requests that this Honorable Court grant him leave to withdraw his Appearance in this cause and such other and further relief as this Court deems just and appropriate

Respectfully submitted,

ARMOR CORRECTIONAL HEALTH SERVICES, INC., et al

s/ Alon Stein

Alon Stein
**STEIN LAW OFFICES**
One Northbook Place
5 Revere Drive, Suite 200
Northbrook, Illinois 60062
Telephone: 847-571-1805
astein@law-stein.com

# Certificate of Service

I hereby certify that on February 19, 2024, I electronically filed this Motion to Withdraw Appearance with the Clerk of the Court using the CM/ECF System which sent notification to the Attorneys of Record in this case.

s/ Alon Stein