United States District Court
Northern District of Illinois

Notification of Party Contact Information

Directions: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

Case Number: 1:16-cv-03619

Case Title: *Davis v. Curran et al.*

Judge: Honorable Andrea R. Wood

Name of Attorney submitting the motion to withdraw:
Alon Stein

Name of Client:
Armor Correctional Health Services, Inc. and Matthis Guttierrez

Mailing address of Client: 4960 SW 72nd Avenue, Suite 400

City: Miami State: FL

Zip: 33155 Telephone Number: 786-228-5068

Notice to Matthis Guttierrez will be sent by e-mail to mgutti60@gmail.com.

I attest that the above information is true and correct to the best of my knowledge.

Signed: /s/ Alon Stein ______________________________

Date: 2/19/24

EXHIBIT
A